## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Franker Antoine <u>Debtor(s)</u> | BKY. NO. 14-05334 RNO <br><br> CHAPTER 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5137

                                             Respectfully submitted,

                                               **/s/ Thomas Puleo**
                                               Thomas Puleo, Esquire
                                               James C. Warmbrodt, Esquire
                                               KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 825-6306  FAX (215) 825-6406
                                             Attorney for Movant/Applicant