```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 14-05334-JJT
Franker Antoine                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: PRadginsk     Page 1 of 1     Date Rcvd: Jul 14, 2017
                      Form ID: pdf010     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.
db         Franker Antoine,    1908 Pine Ridge,    Bushkill, PA    18324
           Ann Marie Antoine,    38 Sutter Road,    Bushkill, PA    18324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2017 at the address(es) listed below:
         Ann E. Swartz    on behalf of Creditor    Ditech Financial LLC ASwartz@mwc-law.com, ecfmail@mwc-law.com
         Celine P DerKrikorian    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC ecfmail@mwc-law.com
         Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         Vern S. Lazaroff    on behalf of Debtor Franker Antoine pabankruptcy@vernlazaroff.com, r39899@notify.bestcase.com
                                                                                                                                                    TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Franker Antoine<br>　　　　Debtor<br>　　and<br><br>　　Anne Marie Antoine<br>　　　　Co-Debtor<br>Ditech Financial LLC, or its Successor or Assignee<br>　　　　Movant<br><br>　　　　vs.<br><br>Franker Antoine<br>Anne Marie Antoine<br>Charles J. DeHart, III (Trustee)<br>　　　　Respondents | Chapter 13<br><br>Bankruptcy No. 14-05334- JJT |

**ORDER**

　　Upon consideration of the Motion for Relief from Stay, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED to permit Ditech Financial LLC, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 179 Suter Drive, Bushkill, Pennsylvania 18324 f/k/a 38 Suter Drive, Bushkill, Pennsylvania 18324 a/k/a 1908 Pine Ridge, Bushkill, PA 18324.

By the Court,

Dated: July 14, 2017

John J. Thomas, Bankruptcy Judge
(PJR)