```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 14-05334-RNO
Franker Antoine                                                     Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5         User: PRadginsk          Page 1 of 1          Date Rcvd: Mar 06, 2019
                             Form ID: ordsmiss        Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
```
db              Franker Antoine,    1908 Pine Ridge,    Bushkill, PA  18324
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suit 300,    Dallas, TX 75254-7883
4572855         Ann Marie Antoine,    1908 Pine Ridge,    Bushkill, PA 18324
4932232        +Buckley Madole, P.C.,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
4572857        +KML Law Group, P.C.,    701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
4650773        +Monroe County Tax Bureau,    1 Quaker Plaza, Rm. 104,    Stroudsburg, PA 18360-2141
4650799        +Pine Ridge Community Association,    4770 Pine Ridge Dr W,    Bushkill, PA 18324-8430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4617837         EDI: ECMC.COM Mar 07 2019 00:03:00      ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
4620121         E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2019 18:59:34      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
4572856         E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2019 18:59:34      Greentree Servicing,
                 PO Box 6154,    Rapid City, SD 57709
4620122        +E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2019 18:59:34      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Celine P DerKrikorian    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 1 Franker  Antoine pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                               TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Franker Antoine,

**Debtor 1**

Chapter 13

Case No. 5:14–bk–05334–RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: March 6, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk

ordsmiss (05/18)